19MAG 8776

ORIGINAL

Approved: ______________________________
NI QIAN
Assistant United States Attorney

Before: THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

YICHAO CHEN,

Defendant.

- - - - - - - - - - - - - - - - - X

19 Mag. ________

RULE 5(c)(3)
AFFIDAVIT

SOUTHERN DISTRICT OF NEW YORK, ss:

MICHAEL ACANFORA, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), and charges as follows:

On or about May 31, 2018, the United States District Court for the Central District of California issued a warrant for the arrest of "Yichao Chen" based on an indictment charging "Yichao Chen" with one count of violating 18 U.S.C. § 1956(h) (conspiracy to commit money laundering). A copy of the arrest warrant and the indictment are attached as Exhibit A hereto and incorporated by reference herein.

I believe that YICHAO CHEN, the defendant, who was arrested on September 17, 2019, in the Southern District of New York, is the same person as the "Yichao Chen" who is wanted by the United States District Court for the Central District of California.

The bases for my knowledge and for the foregoing charge are, in part, as follows:

1. I am a Special Agent with the DEA. I have been personally involved in determining whether YICHAO CHEN, the defendant, is the same individual as the "Yichao Chen" named in the May 31, 2018, arrest warrant from the United States District Court for the Central District of California. Because this Affidavit is being submitted for the limited purpose of

establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2. Based on my review of documents from proceedings in the United States District Court for the Central District of California, I know that, on or about October 24, 2018, the United States District Court for the Central District of California issued a warrant for the arrest of "Yichao Chen" (the "Arrest Warrant"). The Arrest Warrant was based on a criminal complaint charging "Yichao Chen" with one count of violating 18 U.S.C. § 1956(h) (conspiracy to commit money laundering). The Indictment was issued in connection with case number 18-cr-335 in the Central District of California.

3. On September 17, 2019, at approximately 2 pm, YICHAO CHEN, the defendant, appeared at 26 Federal Plaza in New York, New York, for an immigration matter, where he presented identification cards demonstrating his name is "Yichao Chen."

4. I have received from other law enforcement officers photographs of the "Yichao Chen" named and sought in the Arrest Warrant.

5. Based on my visual comparison of the provided photographs with YICHAO CHEN, the defendant, I believe that the "Yichao Chen" sought in the Arrest Warrant is the defendant, YICHAO CHEN.

[*Intentionally Left Blank*]

WHEREFORE, I respectfully request that YICHAO CHEN, the defendant, be imprisoned or bailed as the case may be.

MICHAEL ACANFORA
SPECIAL AGENT
Drug Enforcement Administration

Sworn to before me this
18th day of September, 2019.

THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York

# EXHIBIT A





# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America Plaintiff(s) v. YICHAO CHEN Defendant(s) | CASE NUMBER: **CR 18-335-AB** 8 |
|---|---|
| | **WARRANT FOR ARREST UNDER SEAL** |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest YICHAO CHEN,

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ■ Indictment ☐ Information ☐ Order of Court ☐Probation Violation Petition ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**18 U.S.C. § 1956(h): Conspiracy to Launder Monetary Instruments**

**in violation of the following Title, United States Code, Section(s):**
**SEE ABOVE**

| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER | May 31, 2018 LOS ANGELES, CALIFORNIA<br>DATE AND LOCATION OF ISSUANCE |
| Clerk of Court<br>TITLE OF ISSUING OFFICER | BY: FREDERICK F. MUMM<br>NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**





# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>Plaintiff(s)<br>v.<br>YICHAO CHEN<br>Defendant(s) | CASE NUMBER:<br>CR 18-335-AB<br>8 |
| | WARRANT FOR ARREST<br>UNDER SEAL |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| DATE OF BIRTH: 1989 | | | | | | | |
| | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODLE: | | AUTO COLOR: | | AUTO LICENSE NO. | ISSUING STATE |
| LAST KNOWN RESIDENCE: | | | | LAST KNOWN EMPLOYMENT | | | |
| FBI NUMBER:<br><br>ADDITIONAL INFORMATION: | | | | | | | |
| INVESTIGATIVE AGENCY NAME:<br>DEA | | | | INVESTIGATIVE AGENCY ADDRESS: | | | |

NOTES:

WARRANT FOR ARREST

FILED
2018 MAY 31 PM 5:17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2017 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE LEONEL PAYAN CASTILLO,
aka "LA VAINILLA,"
aka "AS D ORO,"
aka "OBRERO,"
aka "LA PUMA,"
aka "EL PROFETA,"
aka "EL AUSENTE!,"
aka "MEDIADOR!,"
FNU LNU,
aka "RALPHEE,"
aka "RODOLFO,"
aka "LIC RODOLFO,"
aka "MARIANO,"
JAIME ARTURO GASTELUM VEGA,
aka "GREGORIO,"
aka "PASCUAL,"
ROGELIO PAYAN PALMA,
aka "SANTOS,"
GUOHUA LUO,
aka "JUANCARO,"
aka "JUAN,"
aka "JC,"
FNU LNU,
aka "VIVI,"
aka "VIVIVI,"
JIAZE XIA,
aka "JZ,"
aka "Jason,"
YICHAO CHEN,
MICHAEL ANTHONY TREVINO,
SANTANA LEYVA LOPEZ,

CR No. 18CR00335-AB

I N D I C T M E N T

[21 U.S.C. § 846: Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances; 21 U.S.C. § 841(a)(1): Possession With Intent to Distribute and Distribution of Controlled Substances; 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm; 21 U.S.C. § 860(a): Possession with Intent to Distribute Controlled Substances Near Schools; 21 U.S.C. §§ 848(a), (b), (s): Continuing Criminal Enterprise; 18 U.S.C. § 1956(h): Conspiracy to Launder Monetary Instruments; 18 U.S.C. § 1956(a)(1)(B)(i): Laundering of Monetary Instruments; 18 U.S.C. § 2(a): Aiding and Abetting; 21 U.S.C. § 853; 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1): Criminal Forfeiture]

PIERRE VINCENT FUENTES,
REMIGIO ALVAREZ HERRERA,
aka "Remigio Herrera,"
MARIA IMELDA JAUREGUI,
aka "Maria Imelda Garcia,"
aka "Mary,"
MARCOS TOVAR,
aka "Juan Carlos Machado Lares,"
aka "Jesus Inzunza Viveros,"
ALEJANDRO MEDRANO,
JOSE VARGAS,
JOSHUA DONOVAN CORTEZ,
aka "Blanco,"
ISMAEL PARRA VEGA,
RONG JIANG,
WEI CHANG GONG,
aka "Ray Gong,"
ALVARO CASILLAS VILLAREAL,
JOHN XIAO MING HE,
aka "John He"
SANTIAGO PENA-SANCHEZ,
JIMMY ZHI QIANG YU,
aka "Jacky," and
JUN ZHANG,

Defendants.

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846; 18 U.S.C. § 2(a)]

A. OBJECTS OF THE CONSPIRACY

Beginning on a date unknown and continuing to on or about May 31, 2018, in Los Angeles and San Bernardino Counties, within the Central District of California, and elsewhere, defendants JOSE LEONEL PAYAN CASTILLO, also known as ("aka") "LA VAINILLA," aka "AS D ORO," aka "OBRERO," aka "LA PUMA," aka "EL PROFETA," aka "EL AUSENTE!," aka "MEDIADOR!" ("PAYAN CASTILLO"), First Name Unknown Last Name Unknown ("FNU LNU"), aka "RALPHEE," aka "RODOLFO," aka "LIC RODOLFO," aka "MARIANO" ("RALPHEE"), JAIME ARTURO GASTELUM VEGA, aka "GREGORIO," aka "PASCUAL" ("GASTELUM VEGA"), ROGELIO PAYAN PALMA, aka "SANTOS"